FILED - USDC -NH
2024 APR 24 PM 12:21

IN THE UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF _____

ROBYNNE ALEXANDER (Your Name),
Movant

v.

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION
Respondent

MOTION FOR ORDER
PURSUANT TO CUSTOMER CHALLENGE PROVISIONS
OF THE RIGHT TO FINANCIAL PRIVACY ACT OF 1978

I, Robynne Alexander, (your name) move this Court, pursuant to Section 1110 of the Right to Financial Privacy Act of 1978, 12 U.S.C. 3410, for an order preventing the government from obtaining access to my financial records. The agency seeking access is the United States Securities and Exchange Commission.

My financial records are held by San Diego County Credit Union 6545 Sequence Dr, San Diego CA 92121
(name and address of financial institution).

I have attached my sworn statement in support of this motion.

Respectfully submitted,

Robynne Alexander
37 C St
Manchester NH 03102
(Your Signature, Name, Address,
and Telephone Number)
603.851.2856
4/23/24

MAILING ADDRESS:
955 Goffs Falls Rd #5282
Manchester, NH 03108

IN THE UNITED STATES DISTRICT COURT

FOR THE ____ DISTRICT OF ____

RobynneAlexander (Your Name),
Movant

v.

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,
Respondent

I, Robynne Alexander (your name), (am now/was previously) a customer of San Diego County Credit Union 6545 (name and address of financial institution) and I am the customer whose records are being requested by the United States Securities and Exchange Commission.

The financial records sought by the United States Securities and Exchange Commission are not relevant to the legitimate law enforcement inquiry stated in the Customer Notice that was sent to me because this account is a personal account - no business is/was transacted through this acct. or should not be disclosed because there has not been substantial compliance with the Right to Financial Privacy Act of 1978 in that this is a personal account only

or should not be disclosed on the following other legal basis: personal account

I declare under penalty of perjury that this statement foregoing is true and correct.

R Alexander
(signature)

Dated: 4/24/24

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that I have mailed or delivered a copy of the attached motion and sworn statement to <u>Celia Moore SEC 33 Arch St 24th Floor Boston MA 02110-1424</u> (names of officials listed at Item 3 of Customer Notice) on <u>4/24/24</u> (date). and Melinda Hardy ESQ SEC 100 F St N.E. Washington D.C. 20549

_____
(Signature)