

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
33 Arch Street, 24th Floor
Boston, MA 02110-1424

BOSTON
REGIONAL OFFICE

**DIVISION OF ENFORCEMENT**

Celia Moore
Assistant Director
(617) 573-8976
moorece@sec.gov

## CUSTOMER NOTICE

April 23, 2024

Robynne Alexander
37 C Street
Manchester, NH 3102

Re: In the Matter of Legacy at Laconia LLC, B-03732

Dear Ms. Alexander:

      Records or information concerning your transactions held by the financial institution named in the attached subpoena are being sought by the United States Securities and Exchange Commission (the "Commission") in accordance with the Right to Financial Privacy Act of 1978, 12 U.S.C. 3401-22. On March 18, 2024, the Commission entered a formal order of investigation, "In the Matter of Legacy at Laconia LLC." The attached subpoena was issued pursuant to the formal order of investigation, and the information sought is to assist the Commission in determining the issues set forth in the formal order of investigation. That order states that the Commission deems certain acts and practices to be in possible violation of: Section 20(a) of the Securities Act of 1933 and Section 21(a) of the Securities Exchange Act of 1934. You may arrange to review a copy of the formal order, if you have not already done so, by contacting me.

      The authority for this investigation is: Section 20(a) of the Securities Act of 1933 and Section 21(a) of the Securities Exchange Act of 1934. If you desire a copy of the authority for this investigation, please contact me.

      If you desire that such records or information not be made available to the Commission in response to the subpoena, you must:

      (1)    Fill out the accompanying motion paper and sworn statement or write one of your own, stating that you are the customer whose records are being requested by the Commission, and giving either the reasons you believe that the records are not relevant to the legitimate law enforcement inquiry stated in this notice or any other legal basis for objecting to the release of the records.

(2)     File the motion and sworn statement (together with the applicable filing fee) by mailing or delivering them to the Clerk of any one of the following United States District Courts:

    a. District of Massachusetts

    b. The District Court with jurisdiction over the financial institution.

    c. The District Court with jurisdiction over your place of residence.

    d. Any other District Court that is appropriate under 28 U.S.C. 1391(e).

(It would simplify the proceeding if you would include with your motion and sworn statement a copy of the attached subpoena, as well as a copy of this notice.)

(3)     Serve the Commission by mailing (by registered or certified mail) or by delivering a copy of your motion and sworn statement to:

> Celia Moore
> Assistant Director
> Boston Regional Office
> Securities and Exchange Commission
> 33 Arch Street, 24th Floor
> Boston, MA 02110-1424

and

> Melinda Hardy, Esq.
> Associate General Counsel
> Securities and Exchange Commission
> 100 F St., N.E.
> Washington, D. C. 20549

(4)     Be prepared to come to court and present your position in further detail.

(5)     You do not need to have a lawyer, although you may wish to employ one to represent you and protect your rights.

If you do not follow the above procedures, upon the expiration of the earlier of ten days from the date of service or fourteen days from the mailing of this notice, the records or information requested therein will be made available to the Commission. These records may be transferred to other government authorities for legitimate law enforcement inquiries, in which event (except as provided by law), you will be notified after the transfer.

Providing this notice to you shall not be construed as a waiver by the Commission of any right it may have to assert that the provisions of the Right to Financial Privacy Act of 1978 do not require such a notice.

Very truly yours,

Celia Moore
Assistant Director
Division of Enforcement

Enclosures:

    Subpoena
    Instructions
    Motion Form
    Certificate of Service
    Sworn Statement Form