**NON-PUBLIC**

UNITED STATES OF AMERICA
Before the
SECURITIES AND EXCHANGE COMMISSION

March 18, 2024

| | |
|---|---|
| In the Matter of<br><br>Legacy at Laconia LLC<br><br>B-03732 | **ORDER DIRECTING PRIVATE INVESTIGATION AND DESIGNATING OFFICERS TO TAKE TESTIMONY** |

I.

The Commission has information that tends to show that from at least March 2023:

A. Legacy at Laconia LLC is a New Hampshire corporation with its principal place of business in Manchester, NH. Legacy at Laconia LLC and/or its securities are not registered with the Commission in any capacity.

B. Any Property Rehab LLC is a New Hampshire corporation with its principal place of business in Manchester, NH. Any Property Rehab LLC and/or its securities are not registered with the Commission in any capacity.

C. GILF80 LLC is a New Hampshire corporation with its principal place of business in Gilford, NH. GILF80 LLC and/or its securities are not registered with the Commission in any capacity.

D. In possible violation of Section 17(a) of the Securities Act of 1933 ("Securities Act"), Legacy at Laconia LLC, Any Property Rehab LLC, and/or GILF80 LLC, their officers, directors, employees, partners, subsidiaries, and/or affiliates and/or other persons or entities, directly or indirectly, in the offer or sale of certain securities, may have been or may be employing devices, schemes, or artifices to defraud, obtaining money or property by means of untrue statements of material fact or omitting to state material facts necessary in order to make the statements made, in the light of the circumstances under which they were or are made, not misleading, or engaging in transactions, practices or courses of business which operated, operate, or would operate as a fraud or deceit upon the purchaser. As part of or in connection with these activities, such persons or entities, directly or indirectly, may have been or may be, among other things, making false statements of material fact and omitting to disclose material facts concerning, among other things, the use of investor proceeds. While engaged in the above-described activities, such persons or entities, directly or indirectly, may have been or may be

using any means or instruments of transportation or communication in interstate commerce or using the mails.

  E. In possible violation of Section 10(b) of the Securities and Exchange Act of 1934 ("Exchange Act") and Rule 10b-5 thereunder Legacy at Laconia LLC, Any Property Rehab LLC, and/or GILF80 LLC, their officers, directors, employees, partners, subsidiaries, and/or affiliates and/or other persons or entities, directly or indirectly, in connection with the purchase or sale of certain securities, may have been or may be employing devices, schemes, or artifices to defraud, making untrue statements of material fact or omitting to state material facts necessary in order to make the statements made, in light of the circumstances under which they were or are made, not misleading, or engaging in acts, practices or courses of business which operated, operate, or would operate as a fraud or deceit upon any person.  In connection with these activities, such persons or entities, directly or indirectly, may have been or may be, among other things, making false statements of material fact and omitting to disclose material facts concerning, among other things, the use of investor proceeds. While engaged in the above-described activities, such persons or entities, directly or indirectly, may have been or may be making use of any means or instrumentality of interstate commerce, or of the mails, or of any facility of any national securities exchange.

II.

  The Commission, deeming such acts and practices, if true, to be possible violations of 17(a) of the Securities Act, Section 10(b) of the Exchange Act, and Rule 10b-5 thereunder finds it necessary and appropriate and hereby:

  ORDERS, pursuant to the provisions of Section 20(a) of the Securities Act and Section 21(a) of the Exchange Act that a private investigation be made to determine whether any persons or entities have engaged in, or are about to engage in, any of the reported acts or practices or any acts or practices of similar purport or object; and

FURTHER ORDERS, pursuant to the provisions of Section 19(c) of the Securities Act and Section 21(b) of the Exchange Act that for purposes of such investigation, Brandon Sisson, Cassandra Arriaza, Jeffrey Cook, Kerry Dakin, Sean Fishkind, Jeffrey Olshan, Ivan Panchenko, Celia Moore, John Dugan, Silvestre Fontes, Paul Block, Kevin Currid, Colin Forbes, Amy Gwiazda, Michele Perillo, Martin Healey, Amy Burkart, Susan Cooke, David D'Addio, Alfred Day, Richard Harper, Marc Jones, Rua Kelly, David London, Michael Moran, Kathleen Shields, Patrick Noone, Mark Albers, Rory Alex, John McCann, Samantha McGregor, Ryan Murphy, Kerry Vasta, Lynn Goldin, Janet Conforti, Alyssa DiPaolo, Joseph Law, Deborah Levine, Claudia Tower, and each of them, are hereby designated as officers of the Commission and are empowered to administer oaths and affirmations, subpoena witnesses, compel their attendance, take evidence, and require the production of any books, papers, correspondence, memoranda, or other records deemed relevant or material to the inquiry, and to perform all other duties in connection therewith as prescribed by law.

For the Commission, by the Division of Enforcement, pursuant to delegated authority.[1]

Gurbir S. Grewal
Director, Division of Enforcement

Date Approved: March 18, 2024

---

[1] 17 CFR 200.30-4(a)(13); Public Law 87-592.