UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Robynne Alexander</u>

     v.                                                           Civil No. 1:24-mc-00032-JL-AJ

<u>U.S. Securities and Exchange Commission</u>

**ORDER**

      Movant Robynne Alexander seeks to challenge three subpoenas served by the United States Securities and Exchange Commission on her current and former banks under the customer challenge provisions of the Right to Financial Privacy Act ("the RFPA"), 12 U.S.C. § 3410.[1] Based on the parties' filings,[2] the court finds that, as to the San Diego County Credit Union and Wells Fargo Bank subpoenas,[3] there is a demonstrable reason to believe that the SEC's inquiry is legitimate, and a reasonable belief that the records sought are relevant to that inquiry. *Id*. § 3410(c).

      Accordingly, the court denies the motions to quash and orders San Diego County Credit Union and Wells Fargo Bank to comply immediately with the SEC's subpoenas. As to the Primary Bank subpoena, the court denies the motion to quash as moot because Primary Bank has indicated that it has already produced "all the documentation [for] accounts on which [Ms. Alexander] was an authorized signer."[4]

      **SO ORDERED.**

                                                                   _____
                                                                Joseph N. Laplante
                                                                United States District Judge

Dated: May 29, 2024
cc:    Robynne Alexander, pro se
        James Martin McHale, Esq.

---

[1] Doc. nos. 1, 2, and 3.
[2] Ms. Alexander declined the opportunity for a hearing on the motions.
[3] Doc. nos. 1 and 3.
[4] Doc. no. 6 at 2.